IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR72 |
| vs. | |
| KURT HANSEN, | ORDER |
| Defendant. | |

    This matter is before the Court for sentencing. The Court intends to include the following provision in its Judgment in this case:

    The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the Probation Officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision.

    IT IS SO ORDERED.

Dated this 11th day of December, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge